IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLOMON MARCELLUS MILLER,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 18-CV-3044 |
| TODD BURT OF RELIANCE<br>FIRST CAPATIL, *et al.*,<br>    Defendants. | : <br> : <br> : | |

## ORDER

AND NOW, this 24th day of June, 2018, upon consideration of Plaintiff Solomon Marcellus Miller's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set forth in the Court's Memorandum.

3. Mr. Miller is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim that lies within this Court's jurisdiction. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Mr. Miller's claims against each defendant. If Mr. Miller files an amended complaint, the Clerk shall not make service until so **ORDERED**.

4. The Clerk of Court is **DIRECTED** to send Mr. Miller a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Mr. Miller may use this form to prepare his amended complaint.

5. If Mr. Miller fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

S/Gene E.K. Pratter
**GENE E.K. PRATTER, J.**