IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SOLOMON MARCELLUS MILLER, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO. 18-CV-3044
     :
ANALYST TODD BURT, *et al.*, :
    Defendants. :

## ORDER

AND NOW, this 24th day of August, 2018, upon consideration of Plaintiff Solomon Marcellus Miller's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Mr. Miller's federal claims are **DISMISSED with prejudice**. Any state law claims, including Mr. Miller's intentional infliction of emotional distress claim, are **DISMISSED without prejudice** to Mr. Miller's right to raise them in state court. Mr. Miller may not file a second amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*For* _____
GENE E.K. PRATTER, J.